IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**SAMUEL RORIE and JUSTIN BAKER,**                              **PLAINTIFFS**
**Each Individually and On Behalf**
**of All Others Similarly Situated**

vs.                                    No. 5:20-cv-5106-TLB

**WSP2, LLC, and JOSEPH CLAYTON SUTTLE**                    **DEFENDANTS**

### DECLARATION OF SAMUEL RORIE

I, Samuel Rorie, do hereby swear, affirm and attest as follows, based upon my personal knowledge of the matters contained herein:

1.      My name is Samuel Rorie, and I am over the age of eighteen (18) and duly qualified to execute this declaration.

2.      I am a resident and domiciliary of the State of Arkansas.

3.      Defendants own and operate Woodstone Pizza in Fayetteville.

4.      I was employed by WSP2, LLC, and Joseph Clayton Suttle (hereinafter "Defendants"), to work as a server within the three (3) years just prior to the filing of this lawsuit.

5.      I worked at the uptown Woodstone location, but was familiar with servers at both locations and discussed pay policies and job duties with them.

6.      Specifically, I was employed as a server at Woodstone Pizza from approximately January of 2018 until June of 2020. I am personally familiar with other

Doc ID: 0a420cccd726418c4c8f8c98e7f2f876257e0039

servers employed by Defendants in the State of Arkansas as well as the conditions under which they worked.

7.      As a server for Defendants, my job duties included taking customer orders, bringing food and drinks to customers' tables, and otherwise meeting the dining needs of Defendants' customers.

8.      These are all tasks for which I customarily received a tip from the customers.

9.      In addition to my server duties, I had non-server job duties that included work that was unrelated to serving customers for which I did not receive tips from customers, including but not limited to opening the restaurant, cleaning the restaurant, folding pizza boxes, rolling silverware, polishing the glassware, and making beverages. We had extensive side-work that all servers were all required to do. Additionally, servers would sometimes, depending on their shift, have to perform closing duties, which required lots of cleaning and putting away food, among other tasks.

10.     The duties described above were the same job duties performed by all of the other servers. I know this because I observed other servers performing their job duties and because Defendants, through shift managers, instructed their servers that these were a server's job duties.

11.     Until May of 2020 as a server, I was the tipped minimum wage of $2.63 per hour for all of the hours that I worked.

12.      All servers were paid the tipped minimum wage of $2.63 per hour. I know it was the same for all servers because I spoke with other servers about my pay rate and their pay rate.

Doc ID: 0a420cccd726418c4c8f8c98e7f2f876257e0039

13.     I and the other servers spent more than twenty percent (20%) of our time on tasks that were not related to serving customers and for which we did not receive tips.

14.     Specifically, I would estimate that I and other servers spent at least an hour and fifteen minutes out of each five-hour shift on the above non-tipped tasks.

15.     I, along with all other servers, depended upon payment of tips by customers to earn an hourly rate of minimum wage or more.

16.     In May of 2020, after a brief period of the restaurant being closed due to Covid-19, servers were brought back to work and paid a rate of $22.00 per hour.

17.     From this time period until the end of my employment, servers did not receive payment of all of the tips that they earned.

18.     During this time period, I was informed by Clayton Suttle that Defendants were retaining tips in order to pay higher wages for all restaurant employees, including kitchen staff and other non-tipped workers.

19.     Other servers were subjected to this same tip pooling policy, which applied to the entire restaurant. I know this because Clayton Suttle told me it applied to the entire restaurant, and because I and other servers and restaurant employees talked about it.

20.     At the time I was employed with Defendants, there were ten or more other servers working there. Given the turnover rates I observed at Defendants' restaurant, I estimate that there are at least twenty to thirty other class members in this case.

21.     Based on my experience and conversations with other servers for Defendants, I believe that at least some other servers would be interested in participating in this lawsuit.

Doc ID: 0a420cccd726418c4c8f8c98e7f2f876257e0039

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on this 30th day of September, 2020.

*Samuel Rorie*

**SAMUEL RORIE**

Doc ID: 0a420cccd726418c4c8f8c98e7f2f876257e0039